

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00970-CR

John Anthony **MORALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR5655
Honorable Frank J. Castro, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 9, 2019.

Sandee Bryan Marion, Chief Justice